# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2:20-CV-127-AKK-SGC

DEMITRIUS WAYNE ALEXANDER

Inmate Identification Number: 295421

DEMITRIUS WAYNE FRITH, A.K.A.

DEMITRIUS WAYNE ALEXANDER

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

JEFFERSON COUNTY JAIL

SHIFT COMMANDER JOHN DOE &

JEFFERSON COUNTY JAIL

CUBICLE OFFICER JOHN DOE,

(Enter above full name(s) of the defendant(s) in this action)

NOTICE TO FILING PARTY

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )    No (✓)

    B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.

       1. Parties to this previous lawsuit:

          Plaintiff(s): N/A

          Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement STATON CORRECTIONAL FACILITY 2690. MARION SPILLWAY RD. ELMORE, AL 36025

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No ( ✓ )

C. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is NO, explain why not? THE FACTS / INCIDENT PERTAINING TO MY CASE OCCURED AT JEFFERSON COUNTY JAIL IN BIRMINGHAM, ALABAMA, NOT STATON C.F.

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) DEMITRIUS WAYNE ALEXANDER, A.K.A. DEMITRIUS WAYNE FRITH.

Address 2690 MARION SPILLWAY ROAD ELMORE, AL 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant JOHN DOE

is employed as SHIFT COMMANDER

at JEFFERSON COUNTY JAIL, B'HAM, AL

C. Additional Defendants JEFFERSON COUNTY JAIL CUBICLE OPERATOR JOHN DOE @ JEFFERSON COUNTY JAIL IN BIRMINGHAM, ALABAMA · 35203.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON MARCH 1st, 2014, CUBICLE OPERATOR JOHN DOE - (name unknown by plaintiff) called Plaintiff Demitrius W. Alexander out of cellblock to the cube. He asked plaintiff

3

"WHO'S AUNTIE DID YOU KILL?" I, plaintiff, replied that I never killed anyone. The cubicle officer instructed me to go back to my cell and pack my things. I went to the cell, and the victims in my case nephew, along w/ my cell mate locked the cell door and viciously assaulted me. As a result I was hospitalized.

**V. RELIEF** I have suffered head injury and loss of vision.

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, the plaintiff, DEMITRIUS WAYNE ALEXANDER, WANTS THIS HONORABLE COURT TO GRANT SUMMARY JUDGEMENT IN MY FAVOR. I AM SEEKING COMPENSATORY AND PUNITIVE DAMAGES FOR THE SUM OF $200,000.00 DUE TO MY PAIN AND SUFFERING AND CRUEL AND UNUSUAL PUNISHMENT.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on JANUARY 21, 2020.

DEMITRIUS WAYNE ALEXANDER,
A.K.A. DEMITRIUS W. FRITH
A.I.S. #295421 (Pro-se)
2690 MARION SPILLWAY ROAD
ELMORE, AL 36025

Signature(s)

4